**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 8, 2026

**BY E-MAIL**
The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
NYSDRicardoCriminal@nysd.uscourts.gov

**Re: *United States v. Alfred Pabon*, 26 Mag. 2707**

Dear Judge Ricardo:

The Government writes to respectfully request that the Court enter an unsealing order with respect to the above-referenced sealed Complaint as to Alfred Pabon. We request the Complaint be unsealed in order to provide Judge John P. Cronan and defense counsel in the defendant's parallel proceedings for alleged violations of supervised release (*see United States v. Alfred Pabon*, 17 Cr. 312 (JPC)) with the Complaint in this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________
Samantha Fry
Assistant United States Attorney
(212) 637-2490

SO ORDERED.

______________________
THE HONORABLE HENRY J. RICARDO
United States Magistrate Judge
July 8, 2026